UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ROGERS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CITI BANK; LORETTA ELIZABETH LYNCH,<br><br>                    Defendants. | 25-cv-2342 (LLS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 29, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 31, 2025
             New York, New York

                                               /s/ Louis L. Stanton
                                                  LOUIS L. STANTON
                                             United States District Judge